District of Columbia )
) ss.
Washington )

Sworn Declaration

On January 6, 2021, and in Washington, D.C., at approximately 09:00 AM. EST, I walked back to my hotel in effort to put on more layers of clothing because it was very cold on the grounds of Elisp that morning where President Donald Trump, was holding his "Stop The Steal" rally.

While returning to the hotel, I encountered four African American, uniformed District of Columbia Police Officers who were standing at a baracaded street intersection. Each officer wore winter type face mask, but I could tell that there were three males and one female. I witnessed one of the male officers say, "Morris, did you get that shit from Capitol Police?-- Talking about the mission change -- Now, we ain't suppose to fuck up the Trump supporters -- we only suppose to fuck up the anti-Trump supportes -- what the fuck is that suppose to mean? -- How we gonna know the difference?" The female officer then responded, "When they call me and I put all that shit on, I'm gonna go over there and fuck all of them up. -- If they bring their dumb white asses over to that Capitol, -- I'm fucking them up".

I declare under penalty of perjury 28 U.S.C. Sec 1746 (2), that the foregoing is true and correct. Executed on 27 March 2021.

x _____

PETITIONER'S EXHIBIT
2