AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Troy Anthony Smocks ▮▮▮▮▮<br><br>*Defendant(s)* | Case: 1:21-mj-00058<br>Assigned to: Judge Robin M. Meriweather<br>Assign Date: 1/14/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6-7 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 875(c) | Threats in Interstate Commerce |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeff Janczyk, Metropolitan Police Department
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone__ (specify reliable electronic means).

Robin M. Meriweather
2021.01.14 14:34:20 -05'00'
*Judge's signature*

Date: __01/14/2021__

City and state: __Washington, DC__

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

PETITIONER'S
EXHIBIT
4