AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED: 1/14/21
U.S. DISTRICT COURT
EASTERN DISTRICT COURT
DAVID A. O'TOOLE, CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
The SUBJECT PREMISES located at 6606 Mapleshade Lane, Apartment 20A, Dallas, Texas 75252, as more fully described in Attachment A

Case No. 4:21-MJ-028

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

The SUBJECT PREMISES located at 6606 Mapleshade Lane, Apartment 20A, Dallas, Texas 75252, as more fully described in Attachment A and incorporated herein by reference.

located in the ____Eastern____ District of ____Texas____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, which is attached hereto and incorporated herein by reference

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2101, 875(c), 371 and 372 | Travel with intent to riot; Threat to kidnap or injure; Conspiracy to commit offense or to defraud United States; and Conspiracy to Impede Officer. |

The application is based on these facts:
See Attached Affidavit of SA Kendrick Chumak, Federal Bureau of Investigation, which is attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent, Kendrick J. Chumak, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 41(d)(3) by reliable electronic means.

Date and time issued: 01/14/2021

*Judge's signature*

City and state: Plano, TX

Kimberly C. Priest Johnson, U.S. Magistrate Judge
*Printed name and title*

PETITIONER'S EXHIBIT 5