UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 13, 2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 1:21-mj-00058 |
| | : | |
| | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S. Code § 875(c) |
| TROY ANTHONY SMOCKS, | : | (Threats in Interstate Communications) |
| | : | |
| Defendant. | : | |
| | : | |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, the defendant, Troy Anthony Smocks, knowingly and willfully did transmit in interstate and foreign commerce a communication using a social media service, and the communication contained a threat to kidnap and injure law enforcement officers, specifically:

> Many of Us will return on January 19, 2021, carrying Our weapons in support of Our nation's resolve, towhich [sic] the world will never forget!!! We will come in numbers that no standing army or police agency can match. However, the police are NOT Our enemy, unless they choose to be! All who will not stand with the American Patriots . . . or who cannot stand with Us . . . then, that would be a good time for YOU to take a few vacation days.



PETITIONER'S EXHIBIT 6

All in violation of Section 875(c) of Title 18 of the United States Code.

**(Threats in Interstate Communications, in violation of Title 18, United States Code, Section 875(c))**

## COUNT TWO

On or about January 7, 2021, within the District of Columbia, the defendant, Troy Anthony Smocks, knowingly and willfully did transmit in interstate and foreign commerce a communication using a social media service, and the communication contained a threat to kidnap and injure politicians and executives in the technology industry, specifically:

> So over the next 24 hours, I would say, lets [sic] get our personal affairs in order. Prepare Our weapons, and then go get 'em. Lets [sic] hunt these cowards down like the Traitors that each of them are. This includes, RINOS, Dems, and Tech Execs. We now have the green light. [All] who resist Us, are enemies of the Constitution, and must be treated as such. Today, the cowards ran as We took the Capital. They have it back now, only because We left. It wasn't the building that We wanted . . . it was them!

All in violation of Section 875(c) of Title 18 of the United States Code.

**(Threats in Interstate Communications, in violation of Title 18, United States Code, Section 875(c))**

A TRUE BILL:

FOREPERSON.

*Channing D. Phillips /SM/*
Attorney of the United States in
and for the District of Columbia