# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| TROY ANTHONY SMOCKS | § |
| | § |
| v. | §   CIVIL ACTION NO. 3:22-CV-2662-S-BT |
| | § |
| UNITED STATES OF AMERICA | § |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore **ORDERED, ADJUDGED, AND DECREED** that this petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** and the motions (ECF NOS. 1, 13) are **DENIED** as moot.

The Clerk of the Court is directed to close this case.

**SO ORDERED.**

SIGNED July 11, 2023.

**UNITED STATES DISTRICT JUDGE**